# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIQUI BRADLEY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RAQUEL L. MCCARTER, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-02077-KJD-NJK<br><br>**ORDER**<br>[Docket No. 10] |

Pending before the Court is Defendant's motion to vacate the inmate early mediation that is currently set for November 12, 2021. Docket No. 10.[1] Defendant indicates that Plaintiff has not been responsive to communications, hindering the ability to comply with the requirements for the mediation. *See id.* at 2-3. The Court has been informed that Plaintiff very recently provided a new telephone number to the Clerk's Office of (702) 863-1697. In light of that circumstance, the motion to vacate will be **DENIED** without prejudice so that the parties can communicate in an effort for the mediation to proceed as scheduled. <u>Defense counsel must immediately provide a copy of this order to the mediator.</u>

Lastly, the Court **CAUTIONS** Plaintiff that she is required to update her contact information in prompt fashion by filing a written notice. Local Rule IA 3-1. The Court further **CAUTIONS** Plaintiff that she is required to comply with all Court orders. *See, e.g.*, Fed. R. Civ. P. 16(f). The Court expects compliance with the governing rules and orders moving forward.

---

[1] In violation of the local rules, Defendant's motion appears to seek all sorts of relief, ranging from vacating the mediation, staying the case, and issuing an order to show cause. *But see* Local Rule IB 2-2(b). The Court will address herein only the request to vacate the mediation.

1

**Failure to comply with the governing rules and orders may result in serious repercussions, up to and including the imposition of case-dispositive sanctions**.

IT IS SO ORDERED.

Dated: November 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge